Michael C. Saqui, Esq., SBN: 147853
Jennifer M. Schermerhorn, Esq., SBN: 225070
Jarred S. Lieber, Esq., SBN: 251656
THE SAQUI LAW GROUP
*Counselors to Management*
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
Telephone:  (916) 782-8555
Facsimile:   (916) 782-8565
Email:        jschermerhorn@laborcounselors.com
                 jlieber@laborcounselors.com

Attorneys for Defendants FRESH HARVEST, INC. and VALLEY HARVESTING & PACKING, INC. (erroneously sued as VALLEY HARVESTING AND PACKING, INC.)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOURDES OLIVO and SOCORRO OLIVO DE VASQUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST INC, an Arizona Corporation, VALLEY HARVESTING AND PACKING, INC., a California Corporation, and SECO PACKING, a California Corporation<br><br>Defendant(s). | Case No.  3:17-cv-02153-L-WVG<br><br>**DEFENDANT FRESH HARVEST, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FRCP 7.1 and LOCAL CIVIL RULE 40-2** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Southern District

Civil Rule 40.2, Defendant, Fresh Harvest, Inc., through its counsel, states that Fresh Harvest, Inc., is a domestic corporation organized under the laws of the State of Arizona and is a wholly owned subsidiary of its parent company Valley Harvesting & Packing, Inc., which is headquartered in Heber, California. No publicly held company owns 10% or more of the stock of Fresh Harvest, Inc.

DATED: January 29, 2017        THE SAQUI LAW GROUP
                               *Counselors to Management*

                               By:  s/ Jennifer M. Schermerhorn
                                    Attorneys for Defendants
                                    Valley Harvesting & Packing, Inc. and
                                    Fresh Harvest, Inc.
                                    Email: jschermerhorn@laborcounselors.com

# PROOF OF SERVICE

I am employed in the County of Placer, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1410 Rocky Ridge Drive, Suite 330, Roseville, California 95661.

On the date set forth below, I served a copy (copies) of the following document(s) entitled:

**DEFENDANT FRESH HARVEST, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FRCP 7.1 and LOCAL CIVIL RULE 40-2**

to be served on the interested party(ies) or its/their attorney(s) of record in this action as follows: *Attorneys for Plaintiffs:*

| | |
|---|---|
| Cynthia L. Rice<br>California Rural Legal Assistance, Inc.<br>1430 Franklin Street, Suite 103<br>Oakland, CA 94612<br>Ph: 510-267-0762 \| Fx: 510-267-0763<br>crice@crla.org | Beatriz Garcia<br>California Rural Legal Assistance, Inc.<br>449 Broadway<br>El Centro, CA 92243<br>Ph: 760-353-0220 \| Fx: 760-353-8026<br>bgarcia@crla.org |
| Mario Martinez<br>Margaret Serrano<br>Martinez Aguilasocho & Lynch<br>P.O. Box 1998, Bakersfield, CA 93303<br>1527 19th Street, Bakersfield, CA 93301<br>Ph: 661-859-1174 \| Fx: 661-840-6154<br>mserrano@farmworkerlaw.com<br>mmartinez@farmworkerlaw.com | |

| | |
|---|---|
| X | **BY ELECTRONIC FILING**, I served each of the above referenced documents by Efiling, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties |
| X | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on January 29, 2017, at Roseville, California.

By: /s/ Robin Horne

3

Case No. 17cv02153